**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6133**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY DEVON HALL,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:11-cr-00369-TDS-1)

Submitted:  July 30, 2024                                      Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Devon Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Devon Hall appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The district court concluded that Hall failed to demonstrate extraordinary and compelling reasons for relief and that the relevant 18 U.S.C. § 3553(a) factors independently weighed against a sentence reduction. Upon review of the record and Hall's arguments on appeal, we conclude that the district court adequately explained the basis for its ruling and did not abuse its discretion in denying Hall's motion for compassionate release. *See United States v. Centeno-Morales*, 90 F.4th 274, 279 (4th Cir. 2024) (discussing standard). Accordingly, we affirm the district court's order. *United States v. Hall*, No. 1:11-cr-00369-TDS-1 (M.D.N.C. Jan. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*